# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: September 16, 2025

| | | |
|---|---|---|
| * * * * * * * * * * * * | | |
| ROBERT JURANEK, | * | UNPUBLISHED |
| Petitioner, | * | No. 19-226V |
| v. | * | Special Master Dorsey |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | Attorneys' Fees and Costs. |
| Respondent. | * | |
| * * * * * * * * * * * * | | |

Edward Kraus, Kraus Law Group, LLC, Chicago, IL, for Petitioner.
Benjamin Patrick Warder, U.S. Department of Justice, Washington, DC, for Respondent.

**DECISION AWARDING ATTORNEYS' FEES AND COSTS**[1]

On February 8, 2019, Robert Juranek ("Petitioner") filed a petition in the National Vaccine Injury Program[2] alleging that an influenza ("flu") vaccination administered on October 7, 2016 significantly aggravated his stable and asymptomatic multiple sclerosis ("MS"). Petition at Preamble (ECF No. 1); Petitioner's Pre-Hearing Memorandum ("Pet. Memo."), filed Feb. 6, 2024, at 8 n.1 (ECF No. 99). The undersigned issued a decision dismissing Petitioner's petition on January 8, 2025. Decision dated Jan. 8, 2025 (ECF No. 131).

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the Internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018) ("Vaccine Act" or "the Act"). All citations in this Decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

1

On July 1, 2025, Petitioner filed an application for attorneys' fees and costs. Petitioner's Motion for Final Attorneys' Fees ("Pet. Mot."), filed July 1, 2025 (ECF No. 139). Petitioner requests compensation in the amount of $4,021.40, representing attorneys' fees incurred following the filing of a Motion for Interim Attorneys' Fees and Costs in September 2024. Id. at 1. No additional costs were expended. Id. at 1-2. Respondent filed his response on July 14, 2025, stating he "is satisfied the statutory requirements for an award of attorneys' fees and costs are met in this case." Respondent's Response to Pet. Mot. ("Resp. Response"), filed July 14, 2025, at 2 (ECF No. 140). Petitioner did not file a reply thereafter. The matter is now ripe for disposition.

Petitioner requests the following hourly rates for the work of his counsel: for Ms. Amy Kraus, $460.00 per hour for work performed in 2024 and $494.00 per hour for work performed in 2025; and for Mr. Edward Kraus, $564.00 per hour for work performed in 2025. Petitioner also requests a rate of $180.00 per hour for work of their paralegal in 2025.

The undersigned finds the rates consistent with what counsel have previously been awarded for their Vaccine Program work, and finds them to be reasonable herein. Additionally, the undersigned has reviewed the submitted billing entries and finds the total number of hours billed to be reasonable and will award them in full. Therefore, the undersigned finds no cause to reduce the requested hours or rates.

The Vaccine Act permits an award of reasonable attorneys' fees and costs. § 15(e). Based on the reasonableness of Petitioner's request, the undersigned **GRANTS** Petitioner's motion for attorneys' fees.

**Accordingly, the undersigned awards:**

**Petitioner is awarded attorneys' fees in the total amount of $4,021.40, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court **SHALL ENTER JUDGMENT** in accordance with this Decision.[3]

**IT IS SO ORDERED.**

/s/ Nora Beth Dorsey
Nora Beth Dorsey
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

2